IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § § § | CASE NO. 22-60559 |
| DONALD VINCENT KEITH AND JOCQUALINE SUSAN KEITH | | |
| DEBTORS | | CHAPTER 7 |

| | | |
|---|---|---|
| KAPITUS SERVICING, INC., AS SERVICING AGENT FOR KAPITUS, LLC<br>Plaintiff, | § § § § § § § § § § | |
| v. | | ADV. PROC. NO. 22-06003 |
| DONALD VINCENT KEITH<br>Defendant. | | |

## ORDER

On this date, the Court to be considered, Defendant Donald Vincent Keith's Motion for Summary Judgment. The Court finds that such motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendants' Motion for Summary Judgment be and is hereby GRANTED.

### # # #

This order was prepared and submitted by:

/s/Erin B. Shank
Erin B. Shank
ERIN B. SHANK, P.C
State Bar No. 01572900
1902 Austin Avenue
Waco, TX 7671
Telephone: (254) 296-1161
Facsimile: (254) 296-0065

ATTORNEY FOR THE DEFENDANT DONALD KEITH